```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                          Case No. 12-03407-RNO
Robert J. Edwards                                               Chapter 13
Jody L. Edwards
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: MMchugh           Page 1 of 1         Date Rcvd: Jul 27, 2016
                              Form ID: pdf010         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2016.
          ++GALWAY FINANCIAL SERVICES LLC,    1290 W SPRING ST SE,    SUITE 270,    SMYRAN GA 30080-3690
            (address filed with court:  Galway Financial Services, LLc,    3870 Peachtree Industrial Blvd,
             Suite 340-316,    Duluth, GA   30096)
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 27, 2016 at the address(es) listed below:
              Atlas Acquisitions LLC    bk@atlasacq.com
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,    TWecf@pamd13trustee.com
              David S. Gellert     on behalf of Joint Debtor Jody L. Edwards dsgrdg@ptdprolog.net
              David S. Gellert     on behalf of Debtor Robert J. Edwards dsgrdg@ptdprolog.net
              Joshua I Goldman     on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               N.A., et al bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Kimberly A Bonner     on behalf of Creditor    The Bank of New York Mellon, f/k/a The Bank of New
               York, as trustee, on behalf of the holders of the CWABS, Inc., Asset-Backed Certificates, Series
               2004-1 amps@manleydeas.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| ROBERT J. EDWARDS | : | CASE NO:5-12-bk-03407-RNO |
| JODY L. EDWARDS | : | |
| aka JODY L. STAHLEY | : | |
| Debtors | : | |
| | : | |
| | : | |
| CHARLES J. DEHART, III, TRUSTEE | : | |
| Objectant | : | |
| | : | |
| vs. | : | |
| | : | |
| GALWAY FINANCIAL SERVICES,LLC | : | |
| SUCCESSOR TO AND ASSIGNMENT FROM | : | |
| MY CASH NOW | : | |
| Claimant | : | |

## ORDER

Upon consideration of the Chapter 13 Trustee's Objection Claim No. 11 of Galway Financial Services, LLC successor to and assignment from My Cash Now, and after hearing held on July 27, 2016, it is

ORDERED that the Chapter 13 Trustee's Objection to Claim No. 11 of Galway Financial Services, LLC successor to and assignment from My Cash Now shall be deemed untimely filed.

By the Court,

Robert N. Opel, II, Bankruptcy Judge
(BI)

Dated: July 27, 2016