In re:  
Robert J. Edwards  
Jody L. Edwards  
    Debtors

Case No. 12-03407-RNO  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: MMchugh     Page 1 of 2     Date Rcvd: Aug 04, 2016  
                     Form ID: 3180W     Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2016.

```
db/jdb       +Robert J. Edwards,    Jody L. Edwards,    690 Suedeberg Road,    Pine Grove, PA 17963-8841
4121675      +Alliance Asset Mgmt., Inc.,    P. O. Box 1259,    Dept. 5975,    Oaks, PA 19456-1259
4121676      +Arthur Lashin, Esq.,    Hayt Hayt & Landau LLC,    400 Market St., Sixth Fl.,
               Philadelphia, PA 19106-2513
4121677       Aspire Visa,    P. O. Box 105341,    Atlanta, GA 30348-5341
4186763       Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
4121680      +Bronson, Cawley & Bergmann,    2200 Fletcher Ave., Fifth Fl.,    Fort Lee, NJ 07024-5005
4199208      +CAPITAL ONE BANK (USA), N.A.,    PO Box 12907,    Norfolk VA 23541-0907
4121687       Corporate Receivables, Inc.,    P. O. Box 32995,    Phoenix, AZ 85064-2995
4121689       Enhanced Recovery Corp.,    P. O. Box 1967,    Southgate, MI 48195-0967
4121690      +FirstStates Financial Svs. Corp.,    P. O. Box 5827,    Reading, PA 19610-5827
4224121     ++GALWAY FINANCIAL SERVICES LLC,    1290 W SPRING ST SE,    SUITE 270,    SMYRAN GA 30080-3690
              (address filed with court: Galway Financial Services LLC,    successor to My Cash Now,
               3870 Peachtree Industrial Blvd,    Suite 340-316,    Duluth GA 30096)
4121692      +KML Law Group, P.C.,    701 Market St., Ste. 5000,    Philadelphia, PA 19106-1541
4129459      +Midland Credit Management, Inc.,    2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
4121695       National Credit Adjusters,    P. O. Box 3023,    Hutchinson, KS 67504-3023
4121696      +Regional Adjustment Bureau,    P. O. Box 34111,    Memphis, TN 38184-0111
4223131       Select Portfolio Servicing, Inc.,    Attn: Remittance Processing,    P.O. Box 65450,
               Salt Lake City, UT 84165-0450
4121697      +Tate & Kirlin Associates,    2810 Southampton Rd.,    Philadelphia, PA 19154-1207
4121700       Vision Fin. Coll. Svs. Corp.,    P.O. Box 800,    Purchase, NY 10577-0800
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
4121674       EDI: AFNIRECOVERY.COM Aug 04 2016 19:03:00      AFNI, Inc.,    P. O. Box 3427,
               Bloomington, IL 61702-3427
4121678       EDI: ARSN.COM Aug 04 2016 19:03:00      Associated Recovery Systems,    P. O. Box 469046,
               Escondido, CA 92046-9046
4184665      +EDI: ATLASACQU.COM Aug 04 2016 19:04:00      Atlas Acquisitions LLC,    294 Union St.,
               Hackensack, NJ 07601-4303
4121679       EDI: BANKAMER.COM Aug 04 2016 19:04:00      Bank of America Home Loans,    Customer Service,
               P. O. Box 5170,    Simi Valley, CA 93062-5170
4121683       E-mail/Text: bankruptcy@cavps.com Aug 04 2016 19:05:27      Cavalry Portfolio Services,
               P. O. Box 1017,    Hawthorne, NY 10532
4121681       EDI: CAPITALONE.COM Aug 04 2016 19:04:00      Capital One,    P. O. Box 30281,
               Salt Lake City, UT 84130-0281
4121682      +EDI: MERRICKBANK.COM Aug 04 2016 19:03:00      Cardworks Servicing,    P. O. Box 9201,
               Old Bethpage, NY 11804-9001
4130074      +E-mail/Text: bankruptcy@cavps.com Aug 04 2016 19:05:28      Cavalry Portfolio Services, LLC,
               500 Summit Lake Drive Suite 400,    Valhalla, NY 10595-2322
4121684       EDI: CHASE.COM Aug 04 2016 19:03:00      Chase,    P. O. Box 15298,    Wilmington, DE 19850-5298
4121685       EDI: CHASE.COM Aug 04 2016 19:03:00      Chase,    Cardmember Service,    P. O. Box 15548,
               Wilmington, DE 19886-5548
4121686       EDI: CAUT.COM Aug 04 2016 19:03:00      Chase Auto Finance,    P. O. Box 901076,
               Fort Worth, TX 76101-2076
4121688       EDI: RCSDELL.COM Aug 04 2016 19:03:00      Dell Financial Services,
               c/o DFS Customer Care Dept.,    P. O. Box 81577,    Austin, TX 78708-1577
4121691       EDI: HFC.COM Aug 04 2016 19:04:00      HSBC,    Cardmember Services,    P. O. Box 5250,
               Carol Stream, IL 60197-5250
4184234       EDI: JEFFERSONCAP.COM Aug 04 2016 19:04:00      Jefferson Capital Systems LLC,    PO BOX 7999,
               SAINT CLOUD MN 56302-9617
4132053       EDI: CAUT.COM Aug 04 2016 19:03:00      JP Morgan Chase Bank N.A.,    Chase Auto Finance,
               201 N. Central Ave, AZ1-1191,    Phoenix, AZ 85004-0073
4121693       EDI: LEADINGEDGE.COM Aug 04 2016 19:04:00      Leading Edge Recovery Sol.,    P. O. Box 129,
               Linden, MI 48451-0129
4163919       EDI: MERRICKBANK.COM Aug 04 2016 19:03:00      Merrick Bank,    Resurgent Capital Services,
               PO Box 10368,    Greenville, SC 29603-0368
4121694      +EDI: MERRICKBANK.COM Aug 04 2016 19:03:00      Merrick Bank,    P. O. Box 9201,
               Old Bethpage, NY 11804-9001
4189078       EDI: PRA.COM Aug 04 2016 19:03:00      Portfolio Recovery Associates, LLC,    POB 12914,
               Norfolk VA 23541
4300100      +EDI: PRA.COM Aug 04 2016 19:03:00      PRA Receivables Management, LLC,    POB 41067,
               Norfolk, VA 23541-1067
4121698      +EDI: BANKAMER.COM Aug 04 2016 19:04:00      The Bank of New York Mellon,    7105 Corporate Dr.,
               PTX C-35,    Plano, TX 75024-4100
4121699      +EDI: URSI.COM Aug 04 2016 19:03:00      United Recovery Systems,    5800 N. Course Dr.,
               Houston, TX 77072-1613
                                                                                               TOTAL: 22
```

```
                ***** BYPASSED RECIPIENTS (continued) *****

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +Midland Credit Management, Inc.,    2365 Northside Drive, Suite 300,   San Diego, CA 92108-2709
cr*           +PRA Receivables Management, LLC,    POB 41067,   Norfolk, VA 23541-1067
4186599*      +Atlas Acquisitions LLC,    294 Union St.,   Hackensack, NJ 07601-4303
4132054*       JP Morgan Chase Bank N.A.,    Chase Auto Finance,    201 N. Central Ave, AZ1-1191,
                Phoenix, AZ 85004-0073
                                                                                TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 4, 2016 at the address(es) listed below:
              Atlas Acquisitions LLC    bk@atlasacq.com
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,    TWecf@pamd13trustee.com
              David S. Gellert    on behalf of Joint Debtor Jody L. Edwards dsgrdg@ptdprolog.net
              David S. Gellert    on behalf of Debtor Robert J. Edwards dsgrdg@ptdprolog.net
              Joshua I Goldman    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               N.A., et al bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Kimberly A Bonner    on behalf of Creditor    The Bank of New York Mellon, f/k/a The Bank of New
               York, as trustee, on behalf of the holders of the CWABS, Inc., Asset-Backed Certificates, Series
               2004-1 amps@manleydeas.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                TOTAL: 7
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Robert J. Edwards** | Social Security number or ITIN xxx–xx–8428 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Jody L. Edwards** | Social Security number or ITIN xxx–xx–9874 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Middle District of Pennsylvania** | |
| Case number: | **5:12–bk–03407–RNO** | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Robert J. Edwards

Jody L. Edwards
aka Jody L. Stahley

**By the court:**

*[signature]*

August 4, 2016

Honorable Robert N. Opel
United States Bankruptcy Judge

By: MMchugh, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)(C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W **Chapter 13 Discharge** page 2