Check No. 1154202

Voucher manifest below. Please save the following pages for your records.

Pay to: CLERK  CLERK  U.S. BANKRUPTCY COURT
***** FOR INFORMATION ON ELECTRONIC PAYMENTS CONTACT DCOOK@PAMD13TRUSTEE.COM.  *****

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|----------|-----|-------------|-------------|---------|---------------|--------------|-------|
| 11-04161-RNO | 20U-0 | RONALD GERARD EDWARDS, SR. Original Check written to: COMMONWEALTH FINANCIAL SYTEMS 245 MAIN STREET DICKSON CITY, PA  18519- | 1131330301 | 175.93 | 361.77 | 0.00 | 361.77 |
| 11-04335-RNO | 04U-0 | ROBERT W LUTZ  JR Original Check written to: ACCOUNTS RECOVERY INC P.O. BOX 6768 WYOMISSING, PA  19610- | 111101518 | 448.47 | 33.49 | 0.00 | 33.49 |
| 11-07096-MDF | 02P-0 | JOSEPH EDGAR JIRAS Original Check written to: WEST SHORE TAX BUREAU PO BOX 656 CAMP HILL, PA  17011- | 4324 | 0.00 | 2,268.97 | 0.00 | 2,268.97 |
| 11-07096-MDF | 02U-0 | JOSEPH EDGAR JIRAS Original Check written to: WEST SHORE TAX BUREAU PO BOX 656 CAMP HILL, PA  17011- | 4324 | 1,011.21 | 55.73 | 0.00 | 55.73 |
| 12-03407-RNO | 011-0 | ROBERT J. EDWARDS Original Check written to: GALWAY FINANCIAL, LLC 3870 PEACHTREE INDUSTRIAL BLVD, SUITE 150-316 DULUTH, GA  30096 | 1431341751 | 803.49 | 1,323.91 | 0.00 | 1,323.91 |
| 12-03958-MDF | 013-0 | DAVID ARTHUR KLOTZ Original Check written to: APEX ASSET MANAGEMENT LLC PO BOX 5407 LANCASTER, PA  17606- | 15112007 | 0.00 | 25.48 | 0.00 | 25.48 |
| 12-04110-RNO | 999-0 | JOHN G. MOSLEY(DECEASED) Original Check written to: JOHN G. MOSLEY(DECEASED) 600 PARK GROVE LN APT 326 KATY, TX  77450-5688 | | 0.00 | 10.77 | 0.00 | 10.77 |
| 12-04112-MDF | 999-0 | RICHARD B. STAMBAUGH, JR. Original Check written to: RICHARD B. STAMBAUGH, JR. P.O. BOX 47 SUMMERDALE, PA  17093- | | 0.00 | 1,805.37 | 0.00 | 1,805.37 |

**Charles J. DeHart, III**
**Standing Chapter 13 Bankruptcy Trustee**
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

Fulton Bank
Lancaster PA 17604

60-142
313

No.  1154202

September 01, 2016

PAY** Five Thousand Eight Hundred Eighty Five Dollars and 49 Cents***************

AMOUNT**$5,885.49***********

TO THE ORDER OF

VOID AFTER November 30, 2016
Positive Pay Account

CLERK  U.S. BANKRUPTCY COURT
P.O. BOX 908
HARRISBURG, PA  17108-

⑈1154202⑈ ⑆031301422⑆  1618  66156⑈