```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 12-03407-RNO
Robert J. Edwards                                                   Chapter 13
Jody L. Edwards
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: MMchugh          Page 1 of 1          Date Rcvd: Nov 16, 2016
                              Form ID: fnldec        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 18, 2016.
db/jdb         +Robert J. Edwards,    Jody L. Edwards,    690 Suedeberg Road,    Pine Grove, PA 17963-8841

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2016                              Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 16, 2016 at the address(es) listed below:
              Atlas Acquisitions LLC    bk@atlasacq.com
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
              David S. Gellert    on behalf of Joint Debtor Jody L. Edwards dsgrdg@ptdprolog.net
              David S. Gellert    on behalf of Debtor Robert J. Edwards dsgrdg@ptdprolog.net
              Joshua I Goldman    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               N.A., et al bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Kimberly A Bonner    on behalf of Creditor    The Bank of New York Mellon, f/k/a The Bank of New
               York, as trustee, on behalf of the holders of the CWABS, Inc., Asset-Backed Certificates, Series
               2004-1 amps@manleydeas.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 7

Case 5:12-bk-03407-RNO    Doc 63    Filed 11/18/16    Entered 11/19/16 00:54:50    Desc
                         Imaged Certificate of Notice    Page 1 of 2

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Robert J. Edwards<br>690 Suedeberg Road<br>Pine Grove, PA 17963 | Chapter 13<br>Case No. 5:12−bk−03407−RNO |
| Jody L. Edwards<br>aka Jody L. Stahley<br>690 Suedeberg Road<br>Pine Grove, PA 17963 | |

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):
xxx−xx−8428
xxx−xx−9874

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED, Charles J. DeHart, III (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: November 16, 2016

By the Court,

*Robert N. Opel II*

Honorable Robert N. Opel
United States Bankruptcy Judge
By: MMchugh, Deputy Clerk